IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 26-cv-02502-STV
Courtroom Deputy: Sonia Chaplin

Date: August 18, 2026
FTR – Courtroom A402

| *Parties:* | *Counsel:* |
| --- | --- |
| JOSE DE JESUS SAHAGUN ALERIANO,<br><br>Petitioner, | Luke Henry Niermann |
| v. | |
| JUAN BALTASAR; *et al,*<br><br>Respondents. | Anh Weinberg |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in session: 3:04 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court on Petitioner's [ECF Doc. No 14] Motion to Enforce (the "Motion").

Arguments by counsel.

**Court in recess: 3:14 p.m.**
**Court in session: 3:19 p.m.**

For the reasons stated on the record, it is:

**ORDERED:** The [14] Motion is **GRANTED in part and DENIED in part**. The Motion is denied to the extent immediate release is requested. The Court orders this matter to be remanded back to the Immigration Court for a bond hearing in which the burden rest with the Government by clear and convincing evidence. The clear and convincing must be met first and then only after it has been met should the Judge consider evidence submitted by Mr. Aleriano. The bond hearing shall be held within **seven (7) days from**

**today** in front of a different Immigration Judge. Respondents shall file a Status Report within **ten (10) days from today**.

HEARING CONCLUDED.

**Court in recess: 3:26 p.m.**
Total time in court: 00:17

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*